UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LITTLE BEINGS HOLDINGS PTY LTD, and LOVE TO DREAM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SQE, INCORPORATED, <br><br> Defendant. | NO. <br><br> **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Plaintiffs Little Beings Holdings Pty Ltd and Love To Dream, Inc. (collectively "Love to Dream") by and through their undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 hereby file their Corporate Disclosure Statement, respectfully showing this Honorable Court the following:

1. Little Beings Holdings Pty Ltd and Love To Dream, Inc. each are wholly owned by Como Bidco Pty Ltd., a privately held company; and

2. There is no publicly held corporation that owns ten percent or more of any of these Love to Dream companies' stock.

PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT - 1

FOSTER GARVEY PC
121 SW MORRISON STREET, 11TH FLOOR
PORTLAND, OREGON 97204
PHONE (503) 228-3939

FG: 104645944.1

DATED this 30th day of December 2025

FOSTER GARVEY PC

By *s/ Kathleen C. Bricken*
Kathleen C. Bricken, WSBA #25589
121 SW Morrison Street, 11th Floor
Portland, OR 97204
(503) 228-3939
kathleen.bricken@foster.com

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

Elizabeth D. Ferrill (D.C. Bar No. 977,292)
*Pro hac vice application forthcoming*

Robert G. Kramer (D.C. Bar No. 451,123)
*Pro hac vice application forthcoming*

Alissa E. Green (D.C. Bar No. 1,671,371)
*Pro hac vice application forthcoming*

Christopher C. Howes (D.C. Bar No. 1,724,845)
*Pro hac vice application forthcoming*

901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000 (phone)
elizabeth.ferrill@finnegan.com
robert.kramer@finnegan.com
alissa.green@finnegan.com
christopher.howes@finnegan.com

*Attorneys for Plaintiffs Little Beings Holdings Pty Ltd and Love To Dream, Inc.*

PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT - 2

FOSTER GARVEY PC
121 SW MORRISON STREET, 11TH FLOOR
PORTLAND, OREGON 97204
PHONE (503) 228-3939

FG: 104645944.1