UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LITTLE BEINGS HOLDINGS PTY LTD, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SQE, INCORPORATED, <br><br> Defendant(s). | CASE NO. C25-2730-KKE <br><br> ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

This matter comes before the Court on Defendant's motion under Federal Rule of Civil Procedure 6(b)(1)(A) for an extension of its time to answer or otherwise respond to the Plaintiff's Complaint. Dkt. No. 12. According to Defendant's motion, Plaintiff declined to stipulate to the requested extension, agreeing instead to only a shorter extension. *Id.* at 1. However, Plaintiff has not filed an opposition to Defendant's motion within the time required by the Local Civil Rules of this District. *See* Local Rules W.D. Wash. LCR 7(d).

Pursuant to Local Civil Rule 7(b)(2), the Court considers Plaintiff's "fail[ure] to file papers in opposition to" Defendant's motion "as an admission that the motion has merit." Accordingly, Defendant's motion for an extension of time (Dkt. No. 12) is GRANTED. Defendant's deadline to answer or otherwise respond to the Complaint is extended to May 18, 2026.

//

//

ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT - 1

Dated this 8th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT - 2