UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LITTLE BEINGS HOLDINGS PTY LTD, et al.,<br>Plaintiff(s),<br>v.<br>SQE, INCORPORATED,<br>Defendant(s). | CASE NO. C25-2730-KKE<br><br>ORDER DENYING MOTION TO DISMISS |

Today, August 25, 2026, the Court heard oral argument on Defendant SQE, Incorporated's motion to dismiss. For the reasons stated on the record, the motion to dismiss (Dkt. No. 27) is DENIED.

Dated this 25th day of August, 2026.

Kymberly K. Evanson
United States District Judge